**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-cr-00143 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| ELIAS NADER, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Carmen E. Henderson regarding the change of plea hearing of Defendant Elias Nader which was referred to the Magistrate Judge with the consent of the parties.

On March 30, 2022, the Government filed a one count Information, charging Defendant Elias Nader, with Theft of Government Property, in violation of Title 18 U.S.C. § 641. Defendant Elias Nader was arraigned on April 28, 2022, before Magistrate Judge Carmen E. Henderson, and entered a plea of guilty to Count 1 of the Information. On April 28, 2022, Magistrate Judge Henderson issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Elias Nader is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate

factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Elias Nader is adjudged guilty of Count 1 of the Information, in violation of Title 18 U.S.C. § 641. This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will take place on August 3, 2022, at 11:00 a.m. either via Zoom or in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

                                                                       *s/David A. Ruiz*    5/25/2022
                                                                       DAVID A. RUIZ
                                                                       UNITED STATES DISTRICT JUDGE